IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:20-CV-003300-MR

| | |
|---|---|
| JOY PONDER, | ) |
| Plaintiff, | ) |
| v. | ) **JOINT STIPULATION OF** |
| | ) **DISMISSAL** |
| | ) **WITH PREJUDICE** |
| CITY OF ASHEVILLE and SCOTT BURNETTE, individually, | ) |
| Defendants. | ) |

The parties, by and through their counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action and all remaining claims, with prejudice, with each party to bear its own costs and fees.

This the 8th day of April, 2022.

| | |
|---|---|
| */s/ John C. Hunter* | */s/ Sabrina Presnell Rockoff* |
| John C. Hunter | Sabrina Presnell Rockoff |
| N.C. State Bar No. 13197 | N.C. State Bar No. 28754 |
| Attorney at Law | McGuire, Wood & Bissette, P.A. |
| One North Pack Square, Suite 241 | P.O. Box 3180 |
| Asheville, NC 28801 | Asheville, NC 28801 |
| johnhunter@jchlawfirm.com | srockoff@mwblawyers.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

4889-0099-4843, v. 1